**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **REDBOW NLN AND PAMELA J. BOUTWELL,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:15cv576-MHT (WO) |
| **COFFEE COUNTY, ALABAMA,** ) ) | |
| Defendant. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiffs filed this lawsuit claiming that the defendant county, acting through a policymaker, violated their rights in connection with a prior lawsuit in state court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed. Also before the court are plaintiffs' objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be

overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2015.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**