IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
REDBOW NLN AND PAMELA J.    )
BOUTWELL,                   )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )      1:15cv576-MHT
                            )          (WO)
COFFEE COUNTY, ALABAMA,     )
                            )
     Defendant.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (doc. no. 6) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of September, 2015.

                                             /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**